# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEAN COOK,**

        **Plaintiff,**

**-vs-**                                       **Case No.  6:10-cv-934-Orl-28KRS**

**LAW OFFICES OF FORSTER & GARBUS,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Petition for Attorney's Fees and Costs (Doc. No. 14) filed September 27, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 3, 2010 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Petition for Attorney's Fees and Costs (Doc. No. 14) is **GRANTED in part.**

    3.    Plaintiff is awarded $3,360.50 in attorney's fees.

4. Plaintiff's request for costs is **DENIED** as costs have already been taxed against Defendant (See Doc. Nos. 15, 17).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___29th___ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge